# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO - EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case 11-59773 |
| | : | |
| Brittany R. Hartshorn | : | Chapter 13 |
| | : | |
| Debtor | : | Judge John E. Hoffman Jr. |

## NOTICE OF DEBTOR'S CHANGE OF ADDRESS

**NOW COMES** Debtor Brittany R. Hartshorn, through counsel, and provides notice, pursuant to Federal Rule of Bankruptcy Procedure 4002(5) and Local Bankruptcy Rule 4002-2, that her address has changed as follows:

New Address:    704 Penn Street
Pickerington, OH 43147

Respectfully submitted,
/s/ Carl N. Cottone
Carl N. Cottone (0075890)
Attorney for Debtor
6238 Albany Way Drive
Westerville, Ohio 43081
614- 395 8478

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was electronically served upon the parties listed below on the 21st day of December 2016.

| Office of The U.S. Trustee<br>170 North High Street, #200<br>Columbus, OH 43215 | Office of The Chapter 13 Trustee<br>10 West Broad Street, Suite 900<br>Columbus, OH 43215-3449 | Brittany R. Hartshorn<br>704 Penn Street<br>Pickerington, OH 43147 |
|---|---|---|

/s/ Carl N. Cottone
Carl N. Cottone